

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2019

No. 04-19-00194-CV

Champe **CARTER,** Erin Baily Carter, Paige Parker and Melanie Parker,
Appellants

v.

Gregory Robert **BALL,**
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 15522
Honorable N. Keith Williams, Judge Presiding

# O R D E R

On May 14, 2019, we ordered appellants to offer a reasonable explanation for filing a late notice of appeal. Appellants timely responded to our order, stating that the error was due to a mistake. In an order dated May 31, 2019, we accepted appellants' explanation as reasonable, granted appellants' motion for extension of time to file the notice of appeal, and retained this appeal on the court's docket.

Appellee has filed a motion for extension of time in which to file appellee's brief, requesting until July 26, 2019 to file appellee's brief. Appellee's motion is GRANTED. Appellee's brief is due on or before July 26, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court